UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FITZGERALD ENGLISH,

        Petitioner,

                       CASE NO. 2:07-CV-11005
v.                       HONORABLE JOHN CORBETT O'MEARA

SHIRLEE HARRY,

        Respondent.
                                /

## **ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's dismissal of his habeas petition for failure to comply with the one-year statute of limitations applicable to federal habeas actions. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Having reviewed Petitioner's motion, supporting documents, and his response to the dismissal motion, the Court concludes that Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). Accordingly, the Court **DENIES** Petitioner's motion for reconsideration.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: November 28, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 28, 2007, by electronic and/or ordinary mail.

                                                  s/William Barkholz
                                                  Case Manager