UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FITZGERALD ENGLISH,

          Petitioner,

                                  CASE NO. 2:07-CV-11005
v.                                HONORABLE JOHN CORBETT O'MEARA

SHIRLEE HARRY,

          Respondent.
                             /

## ORDER DENYING PETITIONER'S MOTIONS FOR A CERTIFICATE OF APPEALABILITY, FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS, AND FOR APPOINTMENT OF COUNSEL

This matter is before the Court on Petitioner's motions for a certificate of appealability, for leave to proceed on appeal *in forma pauperis*, and for appointment of counsel regarding the Court's dismissal of his habeas petition on statute of limitations grounds. The Court, however, denied a certificate of appealability and denied leave to proceed on appeal *in forma pauperis* in its opinion and order dismissing the petition. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Accordingly, the Court **DENIES** Petitioner's motion for a certificate of appealability and

for leave to proceed on appeal *in forma pauperis*. Given this determination, the Court also **DENIES** Petitioner's motion for appointment of counsel.

    **SO ORDERED**.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: January 3, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 3, 2008, by electronic and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager